16-2018-CA-008720-XXXX-MA

Filing # 82444119 E-Filed 12/20/2018 05:10:25 PM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 16-2018-CA-8720
DIVISION:     CV-F

BRENDA JORDAN,

    Plaintiff,

-vs-

FAMILY DOLLAR STORES OF
FLORIDA, LLC,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Brenda Jordan, sues Defendant, Family Dollar Stores of Florida, LLC ("Family Dollar"), and alleges:

1. This is an action for damages in excess of $15,000.00.

2. At all times material hereto, Plaintiff, Brenda Jordan, was a resident of Duval County, Florida.

3. At all times material hereto Defendant, Family Dollar, was a Foreign Limited Liability Company authorized and doing business in the State of Florida.

4. On or about February 4, 2017, Defendant, Family Dollar, was the owner and/or in possession of the premises located at 2174 Edgewood Ave N, Jacksonville, Florida 32254.

5. At said time and place, Plaintiff, Brenda Jordan, was a business invitee of Defendant, Family Dollar. As Plaintiff was shopping, a display of water bottles collapsed upon Plaintiff, causing her to sustain multiple injuries.

6. On or about February 4, 2017, Defendant, Family Dollar, owed a duty to Plaintiff, Brenda Jordan, to exercise reasonable care to maintain the premises in a reasonably safe condition for the safety of business invitees on the premises, and to exercise reasonable efforts to maintain its displays and keep the premises free from transitory foreign objects or substances that might forseeably give rise to loss, injury or damage to business invitees, such as Plaintiff, Brenda Jordan.

7. At said time and place, Defendant, Family Dollar, acted negligently, as possessor of said premises in that, *inter alia*, it failed to exercise reasonable care in the maintenance and/or inspection and/or warning and/or mode of operation of the business premises as follows:

   a. Plaintiff, Brenda Jordan, was shopping when a stack of water bottles collapsed, causing some of the water bottle packages to fall upon Plaintiff.

   b. The area in which the subject incident occurred is a high traffic area with numerous patrons and employees traveling through.

   c. Defendant, Family Dollar, either knew or should have known that the display was unstable, creating an unreasonable hazard and foreseeable risk to business invitees such as the Plaintiff.

   d. Reasonable inspection of said display, or warning of its condition, would have prevented the aforementioned incident in which Plaintiff, Brenda Jordan, was struck.

8. As a direct and proximate result of the negligence of Defendant, Family Dollar, as above alleged, Plaintiff, Brenda Jordan, suffered bodily injury and resulting pain, suffering, disability, aggravation of pre-existing conditions, mental anguish, loss of capacity for the enjoyment of life, loss of earnings or earning ability, medical expenses and other expenses.

9.  The injuries sustained by Plaintiff, Brenda Jordan, are permanent within a reasonable degree of medical probability, and continuing in nature and Plaintiff will continue to suffer such losses in the future.

**WHEREFORE**, Plaintiff, Brenda Jordan, demands judgment against Defendant, Family Dollar, and demands trial by jury on all issues triable of right by jury.

Dated this 20th day of December 2018.

                              **FARAH & FARAH, P.A.**

                              /s/ Ryan E. Thompson
                              Ryan E. Thompson, Esquire
                              Florida Bar No.: 108389
                              10 West Adams Street
                              Jacksonville, Florida 32202
                              P: (904) 513-5781
                              F: (904) 380-3780
                              *Attorney for Plaintiff*

                              **Email Designation:**
                              Primary: rthompson@farahandfarah.com
                              Alt: jwasik@farahandfarah.com