**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BRENDA JORDAN,

           Plaintiff,

vs.                                  CASE NO.: 3:19-cv-102-J-320JBT

FAMILY DOLLAR STORES OF FLORIDA, LLC,

           Defendant.

_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC., and Plaintiff, BRENDA JORDAN, and by their undersigned respective counsel, that the above-styled cause has been amicably settled. Therefore, the parties stipulate that, based upon the settlement, they request that this Court enter an Order of Dismissal on this Joint Stipulation, dismissing all causes of action between Plaintiff, BRENDA JORDAN, and Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC., with prejudice, and without taxation of costs or attorneys' fees.

/s/ Ryan E. Thompson
Ryan E. Thompson, Esq.
Farah and Farah, P.A.
10 West Adams Street
Jacksonville, Florida 32202
Email: rthompson@farahandfarah.com
Secondary: jwasik@farahandfarah.com
*Attorneys for Plaintiff*

Dated: January 28, 2020

/s/ Steven L. Worley
Steven L. Worley
Florida Bar No. 0159719
CARR ALLISON
The Greenleaf and Crosby Building
208 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Email: sworley@carrallison.com
Secondary Email: eparker@carrallison.com
*Attorneys for Defendant*

Dated: January 28, 2020